UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: ROGER D. MC GEHEE § Case No. 09-75217
      DEBRA L. MC GEHEE § 
 § 
Debtors § 

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/24/2009.

2) The plan was confirmed on 03/19/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/03/2010, 07/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2012, 10/04/2012.

5) The case was completed on 11/21/2012.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $54,010.00.

10) Amount of unsecured claims discharged without full payment: $361,978.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 5,855.00 | |
| Less amount refunded to debtor | $ 25.00 | |
| **NET RECEIPTS** | | $ 5,830.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 323.79 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,823.79 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| AIG UNITED GUARANTY | Uns | 31,427.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL | Uns | 3,000.00 | 3,410.83 | 3,410.83 | 281.26 | 0.00 |
| THOMAS D LUCHETTI PC | Sec | 0.00 | 14,849.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 0.00 | 139,902.40 | 0.00 | 0.00 | 0.00 |
| AT&T PHONE SERVICE | Uns | 243.45 | NA | NA | 0.00 | 0.00 |
| AFFILIATED SURGEONS OF RKFD | Uns | 2.18 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE INC | Uns | 701.87 | NA | NA | 0.00 | 0.00 |
| ALLIED CARD SERVICES | Uns | 1,066.87 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 237.04 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 170.59 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,443.75 | 1,582.61 | 1,582.61 | 130.50 | 0.00 |
| CAVALRY INVESTMENTS | Uns | 2,154.04 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 2,418.54 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY | Uns | 123.10 | NA | NA | 0.00 | 0.00 |
| CHECK OFFENDER PROGRAM | Uns | 266.38 | NA | NA | 0.00 | 0.00 |
| CHERRY VALLEY DENTAL | Uns | 232.86 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 99.38 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON | Uns | 524.02 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Uns | 1,000.00 | 798.30 | 798.30 | 65.83 | 0.00 |
| CVS / CAREMARK | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| DR GLEN GROSELEK | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 396.77 | 552.24 | 552.24 | 45.54 | 0.00 |
| GLEN ELLYN CLINIC | Uns | 1,109.59 | NA | NA | 0.00 | 0.00 |
| ICS | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 8,037.90 | 11,589.10 | 11,589.10 | 955.60 | 0.00 |
| KANE COUNTY STATES ATTORNEY | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 65.60 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 764.58 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,310.92 | 1,350.55 | 1,350.55 | 111.36 | 0.00 |
| NICOR GAS COMPANY | Uns | 998.13 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS SCANNING | Uns | 1,306.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL | Uns | 271,672.21 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Uns | 4,606.27 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOCIATES PC | Uns | 140.48 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Uns | 328.93 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 175.44 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS | Uns | 53.85 | NA | NA | 0.00 | 0.00 |
| REVENUE PRODUCTION | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD AMBULATORY | Uns | 8,445.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 1,737.75 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 2,620.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 1,457.78 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 777.64 | 784.33 | 784.33 | 64.67 | 0.00 |
| SHORT TERM LOANS | Uns | 519.75 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,457.78 | 578.69 | 578.69 | 47.72 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 643.69 | 1,457.78 | 1,457.78 | 120.20 | 0.00 |
| TODD D STERN DDS | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 1,737.75 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 634.52 | 651.30 | 651.30 | 53.70 | 0.00 |
| VEIN CLINICS OF AMERICA | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Uns | 105.03 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MID AMERICA BANK & TRUST | Uns | 0.00 | 458.44 | 458.44 | 37.80 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 396.77 | 396.77 | 32.72 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 90.46 | 90.46 | 7.46 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 549.10 | 549.10 | 45.28 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 79.64 | 79.64 | 6.57 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 24,330.14 | $ 2,006.21 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,823.79 |
| Disbursements to Creditors | $ 2,006.21 |
| **TOTAL DISBURSEMENTS:** | $ 5,830.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/20/2013            By:  /s/ Lydia S. Meyer
                                                           Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)